## January 16, 1975

## Commonwealth *v.* Abruzzese, Appellant.

Before BECKERT, J.

Submitted September 13, 1974. *Melvyn S. Mantz, Joseph A. McNeal*, and *Coltar and Mantz*, for appellant; *Martin J. King*, Deputy District Attorney, *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has com-

plied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.